UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :        **RE-SCHEDULING ORDER**
v.                                  :
                                    :
DEIVY SANCHEZ,                      :        7:23-CR-00234-PMH
                                    :
            Defendant.              :
------------------------------------------------------------x

The U.S. Marshals informed the Court that Defendant could not be produced for his Change of Plea Hearing on October 15, 2024. Therefore, the Change of Plea Hearing has been re-scheduled for October 22, 2024 at 2:15 p.m. in Courtroom 521 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 521 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       October 16, 2024

_____
Philip M. Halpern
United States District Judge